FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRETCHEN ANNA SAND,<br><br>Plaintiff,<br><br>v.<br><br>CAMP LEJEUNE CASE, and OPTIMA TAX RELIEF,<br><br>Defendants. | NO. 4:23-CV-5167-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the Court's Order Denying Application to Proceed *in Forma Pauperis*. ECF No. 4. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, this action is dismissed without prejudice.

On December 7, 2023, Plaintiff filed a *pro se* complaint along with an insufficient application to proceed *in forma pauperis*. Plaintiff was advised of the deficiencies concerning her application to proceed *in forma pauperis* on December 8, 2023. ECF No. 4. Plaintiff was advised that she had thirty (30) days to submit a

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

new Application or pay the full filing fee. *Id.* Plaintiff did neither.

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon granting of *in forma pauperis* status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is DISMISSED without prejudice for failing to pay the filing fee or filing a properly completed Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

The District Court Executive is directed to enter this Order, enter judgment accordingly, furnish a copy to Plaintiff, and **CLOSE** the file.

**DATED** February 22, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2